

Order Filed on February 13, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

In Re:
Michael Penn
Elizabeth A. Penn

Case No.: 15-21290

Chapter: 13

Adv. No.: N/A

Hearing Date: February 13th, 2018

Judge: JNP

## ORDER FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: February 13, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtors:** Michael Penn and Elizabeth A. Penn
**Case No:** 15-21290/JNP
**Caption of Order:** for Relief from the Automatic Stay

Upon consideration of Debtors' Motion For Relief From the Automatic Stay; and good cause appearing therefore; it is hereby

**ORDERED AND ADJUDGED** that the automatic stay provisions of the Bankruptcy Code are hereby granted relief as to the Debtors to proceed in Divorce Proceedings.